RECEIVED

NOV 1 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| **MICHAEL GLEN LEE** | **CIVIL ACTION NO. 05-1363** |
| **VERSUS** | **JUDGE JAMES** |
| **STEVE FARRELL, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein in favor of the defendants is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss for Lack of Subject-matter Jurisdiction (Document No.7) filed by defendants in this matter be **GRANTED**, and this matter dismissed without prejudice for failure to exhaust administrative remedies.

THUS DONE AND SIGNED this 14 day of November, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION